We affirm the trial court's amended decree and judgment.

Lybrook, J. and Robertson, J. concur.

NOTE—Reported at 390 N.E.2d 1022.

STATE OF INDIANA *v.* VIRLDEEN REDMON.

[No. 1-379A67. Filed June 14, 1979. Rehearing denied June 18 and July 5, 1979. Transfer granted November 8, 1979.]